IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE ASBESTOS PRODUCTS

LIABILITY LITIGATION (NO. VI)

This Document Relates to:                    Civil Action No: MDL 875

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

NORMAND BLIER, JR., EXECUTOR OF        Civil Action No: 300CV02187
THE ESTATE OF NORMAND BLIER, ET AL

VS.

JOHN CRANE, INC. AND VIACOM INC.,
SUCCESSOR IN INTREST BY MERGER TO
CBS CORPORATION FKA WESTINGHOUSE
ELECTRIC CORP., PENN.                          JULY 31, 2003

## PLAINTIFF'S MOTION TO DISMISS

Pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure,

Plaintiff, **ANNE H. WYNE, EXECUTRIX OF THE ESTATE OF FREDERICK WYNE**

**AND ANNE H. WYNE, INDIVIDUALLY AND AS THE WIFE OF FREDERICK**

**WYNE,** hereby moves that this action, insofar as it relates to **Defendant VIACOM INC.,**

**SUCCESSOR IN INTREST BY MERGER TO CBS CORPORATION FKA**

**WESTINGHOUSE ELECTRIC CORP., PENN.,** be dismissed with prejudice and without

costs. Defendants have no objection to the granting of this Motion.

Dated:                                                     THE PLAINTIFF(S)

_So Ordered_

_Charles R. Weiner_
_10/8/2003_                                    s.J.

Lindalea P. Ludwick, Esq.
Early, Ludwick & Sweeney, L.L.C.
P O Box 1866
New Haven CT 06508-1866
(203) 777-7799
Federal Bar No. : CT20906


THE DEFENDANT


Thomas F. Maxwell, Jr., Esq. (ct00132)
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601-7006
(203) 330-2000 Fax (203)576-8888
tmaxwell@pullcom.com

## CERTIFICATION

This is to certify that a copy of the forgoing Motion was sent via U.S. Mail, postage prepaid, to all counsel of record this  29th day of September      , 2003.

   See attached certification of service.